UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY ROBERSON, *pro se*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendant. | Civil Action No. 20-2431 (CJN) |

## ANSWER TO COMPLAINT

1.　　Defendant admits that Plaintiff purports to bring this lawsuit pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The remainder of this paragraph consists of Plaintiff's characterizations of this action to which no response is required.

### Jurisdiction

2.　　Paragraph 2 constitutes Plaintiff's legal allegations as to jurisdiction to which a response is not required. To the extent that an answer is required, Defendant admits that the Court has jurisdiction over this matter subject to the terms and limitations of the Freedom of Information Act.

3.　　Paragraph 3 constitutes Plaintiff's legal allegations as to jurisdiction to which a response is not required. To the extent that an answer is required, Defendant admits that the Court has subject matter jurisdiction over this matter subject to the terms and limitations of the Freedom of Information Act.

### Parties and Service of Process

4.　　Admit.

5.　　Admit that the FBI is a named Defendant.

6. Deny any liability as to joint and severance liability and aver that the only Defendant herein is the agency.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Deny.

12. Deny.

13. Deny.

14. Deny.

15. Paragraph 15 consists of legal conclusions to which no response is required. Defendant further avers that the caselaw cited speaks for itself. To the extent a response is deemed required, Defendant denies the allegations.

16. Paragraph 16 consists of legal conclusions to which no response is required. Defendant further avers that the caselaw cited speaks for itself. To the extent a response is deemed required, Defendant denies the allegations.

17. Paragraph 17 consists of allegations and legal conclusions to which no response is required. Defendant further avers that the caselaw cited speaks for itself. To the extent a response is deemed required, Defendant denies.

18. Paragraph 18 consists of allegations and legal conclusions to which no response is required. Defendant further avers that the caselaw cited speaks for itself. To the extent a response is deemed required, Defendant denies.

19. Paragraph 19 consists of allegations and legal conclusions to which no response is required. Defendant further avers that the caselaw cited speaks for itself. To the extent a response is deemed required, Defendant denies.

20. Paragraph 20 consists of a Plaintiff's requested relief to which no responses are required. Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

21. Deny.

### First Cause of Action

22. Deny

### Second Cause of Action

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and, on that basis, denies them.

24. Defendant denies the allegations contained in Paragraph 24.

### Relief

25. The remainder of the Complaint, including paragraphs 25 through 33, contains Plaintiff's requested relief to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Dated: June 5, 2023
      Washington, DC

      MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ *Patricia K. McBride*
    PATRICIA K. MCBRIDE
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    202-252-7123

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Answer to Complaint to be sent on the 5th day of June 2023, to Plaintiff by U.S. mail to:

ANTHONY ROBERSON
#838289
William G. McConnell Unit
3001 South Emily Drive
Beeville, TX 78102

    /s/ *Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-7123